UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80259-CIV-MIDDLEBROOKS/WHITE

DONALD ALAN EDWARDS,

Plaintiff,

vs.

BARRY KIRSCHER, STATE ATTORNEY, et al.,

Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

**THIS CAUSE** came before the Court upon the Magistrate Judge's Report and Recommendation (the "R&R") (DE 5). The R&R recommends that Plaintiff's case be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Apparently in response to the R&R at issue, Plaintiff filed an "Amendment to Complaint." A *pro se* party is given some leeway; however, said party is still expected to follow procedural rules. Petitioner did not request leave to amend his petition. Further, the Amendment itself lists legal claims and does not cure the deficiencies of the original complaint. The Court has conducted a *de novo* review of the file, and is otherwise fully advised in the premises.

Accordingly, it is

**ORDERED AND ADJUDGED** that

(1) United States Magistrate Judge White's Report & Recommendation (DE 5), is hereby **RATIFIED, ADOPTED and APPROVED** in accordance with this Order;

(2) Any remaining pending motions are DENIED as moot; and

(3) The Clerk of Court shall CLOSE this case.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 22 day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Donald Alan Edwards, *pro se*
0115867
Palm Beach County Detention Facility
P.O. Box 24716
West Palm Beach, FL 33416